**FILED**

SEP 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
 DEPUTY CLERK



1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:13-CV-01986-GEB-EFB |
|---|---|
| Plaintiff, | ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |
| v. | |
| APPROXIMATELY $50,600.00 IN U.S. CURRENCY, | |
| Defendant. | |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on September 23, 2013, in the United States District Court for the Eastern District of California, alleging that the defendant Approximately $50,600.00 in U.S. Currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug Enforcement Administration Special Agent Richard J. Britt, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

1

1  Forfeiture Actions;

2      IT IS HEREBY ORDERED that the Clerk for the United States District Court,
3  Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the
4  defendant currency.

5  Dated: Sept. 25, 2013

                                            KENDALL J. NEWMAN
                                            United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest