BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-01986-GEB-EFB |
| Plaintiff, | FINAL JUDGMENT OF FORFEITURE |
| v. | |
| APPROXIMATELY $50,600.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $50,600.00 in U.S. Currency ("defendant currency") seized on or about December 11, 2012.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on September 23, 2013, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On September 26, 2013, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on September 30, 2013.

4. Beginning on September 28, 2013, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on November 1, 2013.

1

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

      a. Ronald Scully

      b. Scott Yakubovsky

6. Claimant Ronald Scully ("claimant") filed a Verified Statement of Interest on December 11, 2013, alleging an interest in the defendant currency. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Scott Yakubovsky on January 15, 2014. Pursuant to Local Rule 540, the United States and claimant request that as a part of this Final Judgment of Forfeiture, the Court enter a default judgment against the interest, if any, of Scott Yakubovsky without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. That judgment is hereby entered against claimant Ronald Scully and all other potential claimants who have not filed claims in this action.

3. Upon entry of this Final Judgment of Forfeiture, $33,100.00 of the $50,600.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $17,500.00 of the $50,600.00 in U.S. Currency shall be returned to claimant Ronald Scully through his attorney Sharon Kegerreis.

5.  The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

6.  Claimant waived any and all claim or right to interest that may have accrued on the defendant currency.

7.  All parties are to bear their own costs and attorneys' fees.

8.  The U.S. District Court for the Eastern District of California, Hon. Garland E. Burrell, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

## CERTIFICATE OF REASONABLE CAUSE

9.  Based upon the allegations set forth in the Complaint filed September 23, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED.

Dated:  February 18, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Final Judgment of Forfeiture